UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:20-mj-278

BRIAN KOLFAGE
_____/

**ORDER TO APPEAR**

The Defendant appeared before this Court for his initial appearance on an arrest warrant and indictment from the Southern District of New York.  The Defendant is not requesting court-appointed counsel.  The Defendant waived an identity hearing.  The government did not move for detention.

The Defendant is released from custody on conditions as set forth in the separately issued conditions of release and ordered to appear in the Southern District of New York (the "Charging District"), to answer a indictment in case number 20-cr-412.  The time to appear in that court had not yet been set as of the time of Defendant's initial appearance.  Therefore, the Defendant must appear when notified to do so.

Dated:  August 20, 2020

s/ *Hope Thai Cannon*
Hope Thai Cannon
United States Magistrate Judge