

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

# MEMORANDUM

**UNITED STATES OF AMERICA**

Case No. 3:20mj278

-vs-

**BRIAN KOLFAGE**

---

DATE:     8/20/20

TO     **Your Case No. 20cr412**
United States District Court
**Southern District of New York
500 Pearl Street
New York, NY 10007**

FROM:     Irma McCain-Coby, United States District Court
Courtroom Deputy for
Elizabeth M. Timothy, United States Magistrate Judge
Hope T. Cannon, United States Magistrate Judge
United States Courthouse
100 North Palafox Street
Pensacola, Florida 32502-5625

SUBJECT:     Rule 5 Proceedings

The above-styled case originated in your division. Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: 8/20/20
Condition of Release: Initial Appearance;

Enclosures